THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Leon Jones, Appellant.
 
 
 

Appeal From Spartanburg County
 E.C. Burnett, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-579
Submitted December 1, 2011  Filed
 December 20, 2011   

APPEAL DISMISSED

 
 
 

Appellate Defender Joseph L. Savitz, III, of
 Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Acting Solicitor Barry Barnette, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Leon
 Jones appeals his conviction of murder, arguing the circuit court erred in
 failing to instruct the jury on the law of alibi.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
 
 APPEAL DISMISSED.
 
 SHORT, WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.